Michael J. MORRISSEY; The Estate of Dorothy L. Morrissey by: Michael J. Morrissey, Its Administrator, Plaintiffs—Appellants,

v.

Robert LESNIAK; Ashland Convalescent Center; George F. Tidey; Hanover County Adult Protective Services; Hanover County; Unknown Staff Members; Administrator, Ashland Convalescent Center; Patricia Gershenoff; Sally Moon; George Elmore; Joseph Rapasardo; Henrico County; L.A. Harris; Bon Secours, Incorporated, trading as St. Mary's Hospital; Carrie West; Terry Betino; Jean Todd; Elizabeth Oxenham; S.J. Seidlitz; C.A. Wood; Sheryl L. Herndon; Ann Honeycutt; Howard C. Vick; Michael Robertson; Commonwealth of Virginia; Virginia Department of Aging; Terry Rainey; Virginia Department of Health; Anne Peterson; Virginia Center for Quality Health Care; Virginia Department of Medical Assistance Services; Henrico County Department of Social Services; Henrico County Department of Mental Health; Martha Calloway; Richard Glover; Cynthia Wood; James L. Gilmore; Harry Carrico, Virginia Supreme Court Participating Member as of September 1997; Richard H. Poff, Virginia Supreme Court Participating Member as of September 1997; Carolyn White; Capitol Area Agency on Aging; Shawn Majette; Paul Izzo; Office of the Attorney General; Richard Alderman; James Moore; Joseph Rappasada; Health of Virginia, Incorporated, trading as University Park Nursing Home; Patricia L. Jones; William Biggers; C. Beatty; Victoria Gutmaker; Susan A. Clifton; Mary Ann Proffitt; Al Harris; Greer Jackson; L. Neil Steverson; Edwin Bischoff; R.R. Brooks; Rebecca Andrews; Michelle Gavin, a/k/a Assistant Student; Gayle Clendenin; Peter Boling; Medical College of Virginia; Virginia Commonwealth University; Unknown Doctor; MCV Physicians, a/k/a MCV Associated Physicians, Defendants—Appellees,

v.

Reed Smith LLP, Movant—Appellee.

No. 08–1281.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2008.

Decided: Sept. 29, 2008.

Michael J. Morrissey, Appellant Pro Se. William Fisher Etherington, Leslie A. Winneberger, Beale, Balfour, Davidson & Etherington, PC, Richmond, Virginia; Robert A. Dybing, Thompson & McMullan, Richmond, Virginia; Paul Kugelman, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; Jeremy David Capps, David Patrick Corrigan, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia; Rodney Kyle Adams, Tracy Taylor Hague, Leclair Ryan, PC, Richmond, Virginia; Dana Alexine Dews, Elizabeth Griffin Robertson, Goodman, Allen & Filetti, Glen Allen, Virginia; Robert Jacques

Kloeti, Florance, Gordon & Brown, Richmond, Virginia; Richard Cyril Sullivan, Jr., Reed Smith, LLP, Falls Church, Virginia, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Morrissey appeals the district court's order denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morrissey v. Lesniak,* No. 3:06–cv–00034–JRS (E.D.Va. Jan. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*